IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RANDY ALTMAN,** ) | Civil Action No. 7:12-cv-00151 | |
| Plaintiff, ) | | |
| ) | | |
| **v.** ) | **ORDER** | |
| ) | | |
| **CONMED HEALTHCARE** ) | | |
| **MANAGEMENT, INC., et al.,** ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed in forma pauperis; the complaint is **DISMISSED** **without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and any pending motions is **DENIED as moot**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: June 20, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge